SULAIMAN LAW GROUP, LTD.
Alexander J. Taylor, Esq.
California Bar No. 332334
2500 S. Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Fax: (630) 575-8188
ataylor@sulaimanlaw.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARNEISHA D. THOMPSON,<br><br>            Plaintiff,<br><br>    v.<br><br>SKY BLUE FINANCIAL SERVICES, INC., d/b/a SKY BLUE CREDIT,<br><br>            Defendant. | Case No. **2:23-cv-08428-MWF-BFM**<br><br>**CERTFICATE OF SERVICE**<br><br>Complaint Filed: October 6, 2023 |

1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

CHARNEISHA D. THOMPSON

*Plaintiff(s)*

v.

SKY BLUE FINANCIAL SERVICES, INC., d/b/a SKY BLUE CREDIT

*Defendant(s)*

Civil Action No. 2:23-cv-08428 MWF (BFMx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SKY BLUE FINANCIAL SERVICES, INC.
d/b/a SKY BLUE CREDIT
c/o REGISTERED AGENT
SCOTT K. SMITH
5401 BROKEN SOUND BLVD., STE. #202
BOCA RATON, FL 33487

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Alexander J. Taylor
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Kiry K. Gr[...]
*CLERK OF COURT*

Date: 10/10/2023

*Signature of Clerk or Deputy Clerk*

SERVED

# VERIFIED RETURN OF SERVICE

Job # MIA12546

**Client Info:**
Paul Pankiewicz - R.O.S. Consulting, Inc
23900 INDUSTRIAL DRIVE, SUITE 3
Plainfield, IL  60585

**Case Info:**

UNITED STATES DISTRICT COURT

**PLAINTIFF:**
CHARNEISHA D. THOMPSON

Court Case # **2:23-cv-08428 MWF (BFMx)**

-versus-
**DEFENDANT:**
SKY BLUE FINANCIAL SERVICES, INC., d/b/a SKY BLUE CREDIT

**Service Info:**

Received by Donald Moore: on October, 17th 2023 at **09:56 AM**
Service: I Served **SKY BLUE FINANCIAL SERVICES, INC. d/b/a SKY BLUE CREDIT c/o REGISTERED AGENT SCOTT K. SMITH**
With: **SUMMONS IN A CIVIL ACTION, COMPLAINT FOR DAMAGES, NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES**
by leaving with **Gintare Kocher, MANAGER**

At Business **5401 BROKEN SOUND BLVD., STE. #202 BOCA RATON, FL 33487**
Latitude: **26.397053**,   Longitude: **-80.111698**

On **10/17/2023** at **04:05 PM**
**Manner of Service: CORPORATE EMPLOYEE - AUTHORIZED TO ACCEPT**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3):; ALL CORPORATE OFFICERS WERE ATTEMPTED AT THE CORPORATE ADDRESS AND NONE WERE AVAILABLE FOR SERVICE; IN THE ABSENCE OF ALL THE ABOVE THE ABOVE LISTED EMPLOYEE WAS SERVED.

**Served Description: (Approx)**

Age: **46**, Sex: **Female**, Race: **White-Caucasian**, Height: **5' 9"**, Weight: **135**, Hair: **Blond** Glasses: **No**

I **Donald Moore** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.



**Donald Moore**
Lic # **CPS #2047**

**Paul Pankiewicz - R.O.S. Consulting, Inc**
23900 INDUSTRIAL DRIVE, SUITE 3
Plainfield, IL 60585

Client # 2:23-cv-08428 MWF (BFMx)
Job # MIA12546




1 of 1