**Sulaiman Law Group, Ltd.**
Alexander J. Taylor (Cal. Bar No. 332334)
2500 S. Highland Ave.,
Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
ataylor@sulaimanlaw.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| CHARNEISHA D. THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>SKY BLUE FINANCIAL SERVICES, INC., d/b/a SKY BLUE CREDIT,<br><br>Defendant. | **Case No.   2:23-cv-08428**<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOW COMES the Plaintiff, CHARNEISHA D. THOMPSON, through her respective counsel that the above-captioned action is dismissed, with prejudice as to SKY BLUE FINANCIAL SERVICES, INC., d/b/a SKY BLUE CREDIT,  pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

DATED: November 29, 2023

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                        **CHARNEISHA D. THOMPSON**

*/s/ Alexander J. Taylor*
**Sulaiman Law Group, Ltd.**
Alexander J. Taylor (Cal. Bar No. 332334)
2500 S. Highland Ave.,
Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
ataylor@sulaimanlaw.com
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                        */s/ Alexander J. Taylor*
                        Alexander J. Taylor , Esq.